# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  BLANCO VELEZ STORES, INC.  
    a Corporation  
      aka JEANS WORLD  
      aka SUIT WORLD  
      aka CRASH BOAT  
      aka MADISON  

Case No. 11-  
Chapter 11  

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>MAJESTIQUE CORP.<br>PO BOX 193068<br>San Juan PR 00919 | Phone: 787-277-3456<br>MAJESTIQUE CORP.<br>PO BOX 193068<br>San Juan PR 00919 | INVENTORY PURCHASES | | $ 532,910.75 |
| 2<br>M.M. FASHION, INC.<br>PO BOX 362613<br>San Juan PR 00936 | Phone: 787-774-9099<br>M.M. FASHION, INC.<br>PO BOX 362613<br>San Juan PR 00936 | INVENTORY PURCHASES | | $ 470,129.31 |
| 3<br>IMPORTIQUE CORPORATION<br>ROYAL INDUSTRIAL PARK LOTE M6<br>Catano PR 00962 | Phone: 787-792-6998<br>IMPORTIQUE CORPORATION<br>ROYAL INDUSTRIAL PARK LOTE M6<br>Catano PR 00962 | INVENTORY PURCHASES | | $ 351,490.65 |
| 4<br>DDR DEL SOL LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | Phone: 561-963-8400<br>DDR DEL SOL LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | RENT ARREARS | C<br>D | $ 304,212.93 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 5<br>MARJOR & SONS, INC.<br>PO BOX 362613<br>San Juan PR  00936 | Phone: 787-774-9099<br>MARJOR & SONS, INC.<br>PO BOX 362613<br>San Juan PR  00936 | INVENTORY PURCHASES | | $ 162,968.30 |
| 6<br>LUAN INVESTMENTS, S.E.<br>PO BOX 71444<br>San Juan PR  00936-8544 | Phone: 787-724-3514<br>LUAN INVESTMENTS, S.E.<br>PO BOX 71444<br>San Juan PR  00936-8544 | RENT ARREARS | | $ 107,341.57 |
| 7<br>FIERRES, INC.<br>PO BOX 13296<br>San Juan PR  00908 | Phone: 787-725-1400<br>FIERRES, INC.<br>PO BOX 13296<br>San Juan PR  00908 | INVENTORY PURCHASES | | $ 89,288.00 |
| 8<br>MEN'S FASHION CORPORATION<br>PO BOX 6391<br>San Juan PR  00914 | Phone: 787-725-9549<br>MEN'S FASHION CORPORATION<br>PO BOX 6391<br>San Juan PR  00914 | INVENTORY SUPPLIER | | $ 77,005.50 |
| 9<br>DDR RIO HONDO LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH  44122 | Phone: 561-963-8400<br>DDR RIO HONDO LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH  44122 | RENT ARREARS | | $ 60,298.45 |
| 10<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK ROAD SUITE<br>New Hyde Park NY  11042 | Phone: 212-265-6600<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK ROAD SUITE<br>New Hyde Park NY  11042 | RENT ARREARS | | $ 56,557.05 |
| 11<br>MJS REXVILLE, L.P. C/O KIMCO R<br>3333 NEW HYDE PARK ROAD SUITE<br>New Hyde Park NY  11042 | Phone: 212-265-6600<br>MJS REXVILLE, L.P. C/O KIMCO R<br>3333 NEW HYDE PARK ROAD SUITE<br>New Hyde Park NY  11042 | RENT ARREARS | | $ 55,787.92 |
| 12<br>DDR FAJARDO LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH  44122 | Phone: 561-963-8400<br>DDR FAJARDO LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH  44122 | RENT ARREARS | | $ 48,624.00 |

_____,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>DDR ISABELA LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | Phone: 561-963-8400<br>DDR ISABELA LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | RENT ARREARS | | $ 44,057.76 |
| 14<br>DDR PALMA REAL LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | Phone: 561-936-8400<br>DDR PALMA REAL LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | RENT ARREARS | | $ 42,285.60 |
| 15<br>ZANETTI<br>11800 W. OLYMPIC BLVD<br>Los Angeles CA 90064 | Phone: 787-287-7161<br>ZANETTI<br>11800 W. OLYMPIC BLVD<br>Los Angeles CA 90064 | INVENTORY PURCHASES | | $ 41,753.00 |
| 16<br>CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 | Phone: 787-625-2746<br>CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 | PERSONAL PROPERTY TAX | | $ 38,706.59 |
| 17<br>CAPARRA CENTER ASSOCIATES, S.E.<br>PO BOX 9506<br>San Juan PR 00908-9506 | Phone: 787-792-5328<br>CAPARRA CENTER ASSOCIATES, S.E.<br>PO BOX 9506<br>San Juan PR 00908-9506 | RENT ARREARS | | $ 35,838.22 |
| 18<br>DDR ATLANTICO LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | Phone: 561-936-8400<br>DDR ATLANTICO LLC, S.E.<br>3300 ENTERPRISE PARKWAY<br>Beachwood OH 44122 | RENT ARREARS | | $ 33,402.96 |
| 19<br>EL MERCADO PLAZA, S.E.<br>PO BOX 474<br>Trujillo Alto PR 00977-0474 | Phone: 787-764-5151<br>EL MERCADO PLAZA, S.E.<br>PO BOX 474<br>Trujillo Alto PR 00977-0474 | RENT ARREARS | | $ 33,258.88 |
| 20<br>CENTRO DEL SUR MALL, LLC<br>PO BOX 362983<br>San Juan PR 00936-2983 | Phone:<br>CENTRO DEL SUR MALL, LLC<br>PO BOX 362983<br>San Juan PR 00936-2983 | RENT ARREARS | | $ 31,059.11 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *ELIAS L. BLANCO OLALLA*, *Treasurer* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *4/14/2011*  Signature _____

Name: *ELIAS L. BLANCO OLALLA*
Title: *Treasurer*