# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re BLANCO VELEZ STORES, INC.,
    a Corporation
    aka JEANS WORLD
    aka SUIT WORLD
    aka CRASH BOAT
    aka MADISON

Case No. 11-
Chapter 11

_____/ Debtor

Attorney for Debtor: CHARLES A. CUPRILL HERNANDEZ

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of __10__ pages, is true, correct and complete to the best of my knowledge.

Date: 4/14/2011

_____
Debtor

CHARLES A. CUPRILL HERNANDEZ
Attorney for the debtor(s)
356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR 00901

BLANCO VELEZ STORES, INC.
PO BOX 1619
Bayamon, PR 00960-1619


CHARLES A. CUPRILL HERNANDEZ
356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR 00901


191 UNLIMITED
634 GROVE AVENUE
Edison, NJ 08820


2007 OLD PALACE, INC.
AVE. BARBOSA #609
San Juan, PR 00916


ADVANTAGE IMAGING SUPPLY
PO BOX 73994
San Clemente, CA 92673-0134


ALLIED WASTE SERVICES
PO BOX 51986
Toa Baja, PR 00950-1986


ALPINESTARS USA
PO BOX 3358
Fort Worth, TX 76113


ARCHILLA PAPER
PO BOX 364253
San Juan, PR 00936-4253


AUT ACUEDUCTOS ALCANTARILLADOS
P.O. BOX 7066
San Juan, PR 00916-7066


B.V. PROPERTIES, INC.
137 - 6TH STREET YAUCO PLAZA I
SHOPPING CENTER
Yauco, PR 00698

BLACK HORSE, INC. OF PR
PO BOX 880
Guaynabo, PR   00970


BLANCO & RIERA, INC
AVE. BARBOSA #609
San Juan, PR   00916-0367


C.C.T.V. DESIGNER'S
PO BOX 6518
Bayamon, PR   00960


CAPARRA CENTER ASSOCIATES, S.E
PO BOX 9506
San Juan, PR   00908-9506


CASTILLO PEST MANAGEMENT GROUP
PO BOX 121
La Plata, PR   00786-0121


CCVA, INC.
PO BOX 190525
San Juan, PR   00919-0525


CENTRO DEL SUR MALL, LLC
PO BOX 362983
San Juan, PR   00936-2983


CLARO PUERTO RICO
P.O. BOX 70366
San Juan, PR   00936-8366


CONCORDE APPAREL CO., LLC
MILBERG FACTORS INC. 99 PARK A
New York, NY   10016


CRIM
PO BOX 195387
San Juan, PR   00919-5387

DDR ATLANTICO LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR CAYEY LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR DEL SOL LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR FAJARDO LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR ISABELA LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR NORTE LLC, S.E.
3300  ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR PALMA REAL LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DDR RIO HONDO LLC, S.E.
3300 ENTERPRISE PARKWAY
Beachwood, OH 44122


DE LAGE LANDEN FINANCIAL SERV
PO BOX 41602
Philadelphia, PA 19101-1602


DEPARTAMENTO DE HACIENDA DE PR
BANKRUPTCY SECTION (424-B)
P.O. BOX 9024140
San Juan, PR 00902-4140

DINO DI MILANO
FIRST CAPITAL
PO BOX 643382
Cincinnati, OH  45264-3382


EFRASAN
URB. PALACIOS DEL RIO #822 CAL
Toa Alta, PR  00953


EL MERCADO PLAZA, S.E.
PO BOX 474
Trujillo Alto, PR  00977-0474


ELIAS L. BLANCO OLALLA
CALLE CUEVILLAS
559 APTO. 5A
San Juan, PR  00907


FACHA, LLC
PMB 338
Canovanas, PR  00729


FEDERAL EXPRESS CORP
P.O. BOX 371461
Pittsburgh, PA  15250-7461


FIERRES, INC.
PO BOX 13296
San Juan, PR  00908


FW CAGUAS GROUND JOINT VENTURE
c/o KIMCO REALTY CORPORATION
280 PARK AVE. 11th FLOOR WEST
New York, NY  10017


GARBAGE BECOMING GREEN GROUP
PO BOX 270108
San Juan, PR  00927


GARRIGA PAPER
PO BOX 364862
San Juan, PR  00936-4862

GESCO, INC.
PO BOX 2110
Bayamon, PR   00960


GUARDIAN ELECTRONIC SECURITY
PO BOX 13966
San Juan, PR   00908-3966


HUMAN CAPITAL CONSULTING GROUP
89 DE DIEGO AVE. SUITE 105
PMB 526 URB. SAN FRANCISCO
San Juan, PR   00927-6310


I.SHALOM & CO., INC.
411 FIFTH AVENUE
New York, NY   10016


IMPORTIQUE CORPORATION
ROYAL INDUSTRIAL PARK LOTE M6
Catano, PR   00962


INDRESCOM SECURITY TECHNOLOGY
PO BOX 9092
Bayamon, PR   00960


INMOBILIARIA BLANCO OLALLA INC
PO BOX 7247
BO. OBRERO STATION
San Juan, PR   00916


J.F. DISTRIBUTORS
PO BOX 19659
FERNANDEZ JUNCOS
San Juan, PR   00910


J.RUIZ STORE & OFFICE, INC.
CIUDAD JARDIN # 3 EUCALIPTO 29
Toa Alta, PR   00953


KIMCO REALTY CORPORATION
3333 NEW HYDE PARK ROAD SUITE
New Hyde Park, NY   11042

LA BUENA 1330
PO BOX 1330
Yauco, PR   00698


LA ESQUINA FAMOSA, INC.
PO BOX 1619
Bayamon, PR   00960


LIBERTY FINANCE, INC.
P.O. BOX 71493
San Juan, PR   00936-8593


LIGHTMASTER COMPANY, INC.
PO BOX 4529
Carolina, PR   00984-4529


LINKS'S INKS DE PUERTO RICO
PO BOX 2001
Caguas, PR   00726-2001


LM WASTE SERVICE CORP (WM)
PMB 123 BOX 7886
Guaynabo, PR   00970-7886


LUAN INVESTMENTS, S.E.
PO BOX 71444
San Juan, PR   00936-8544


M.C. TRADING
G.P.O BOX 364943
San Juan, PR   00936-4943


M.M. FASHION, INC.
PO BOX 362613
San Juan, PR   00936


MAJESTIQUE CORP.
PO BOX 193068
San Juan, PR   00919

```
MARJOR & SONS, INC.
PO BOX 362613
San Juan, PR   00936




MEN'S FASHION CORPORATION
PO BOX 6391
San Juan, PR   00914




MILLENNIUM POWER SYSTEMS, CORP
PO BOX 37-1147
Cayey, PR   00737-1147




MJS REXVILLE, L.P.
c/o KIMCO REALTY CORPORATION
PO BOX 5020
New Hyde Park, NY   11042-0020




MJS REXVILLE, L.P. C/O KIMCO R
3333 NEW HYDE PARK ROAD SUITE
New Hyde Park, NY   11042




MUNDO DE PAPEL
PO BOX 10335
CAPARRA HEIGHTS STATION
San Juan, PR   00922




MUNDORAD CORP.
PO BOX 605703
Aguadilla, PR   00605-9002




MUNICIPIO DE BAYAMON
BOX 1588
Bayamon, PR   00960




MUNICIPIO DE AGUADILLA
P.O. BOX 1008
VICTORIA STATION
AGUADILLA         , PR   00605-1008




MUNICIPIO DE ARECIBO
P.O. BOX 1086
ARECIBO           , PR   00613-1086
```

MUNICIPIO DE CAGUAS
P.O. BOX 907
Caguas, PR   00726-0907


MUNICIPIO DE CAROLINA
P.O. BOX 8
Carolina, PR   00984-0008


MUNICIPIO DE CAYEY
PO BOX 371330
Cayey, PR   00737-1330


MUNICIPIO DE FAJARDO
PO BOX 865
Fajardo, PR   00738-0865


MUNICIPIO DE GUAYNABO
P.O. BOX 7885
Guaynabo, PR   00970-7885


MUNICIPIO DE HATILLO
APARTADO 8
Hatillo, PR   00659


MUNICIPIO DE HUMACAO
PO Box 178
Humacao, PR   00792-0178


MUNICIPIO DE ISABELA
PO BOX 507
Isabela, PR   00662-0507


MUNICIPIO DE MAYAGUEZ
P.O. BOX 447
MAYAGUEZ, PR   00681-0447


MUNICIPIO DE NARANJITO
PO BOX 53
Naranjito, PR   00719-0053

MUNICIPIO DE PONCE
P.O. BOX 1709
Ponce, PR   00733-1709


MUNICIPIO DE SAN JUAN
DEPARTAMENTO DE FINANZAS
P.O. BOX 70179
San Juan, PR   00936-8179


MUNICIPIO DE VEGA ALTA
PO BOX 1390
Vega Alta, PR   00692-1390


MUNICIPIO DE YAUCO
PO BOX 1
Yauco, PR   00698


NATURAL TRADING
URB. PUERTO NUEVO 426 CORCEGA
San Juan, PR   920


PITNEY BOWES
PO BOX 856042
Louisville, KY   40285-6056


POPULAR AUTO, INC. (LEASING)
BANRUPTCY DEPARTMENT
G.P.O. BOX 366818
San Juan, PR   00936-6818


PR ELECTRIC POWER (PREPA)
BANKRUPTCY OFFICE
PO BOX 364267
San Juan, PR   00936-4267


PUERTO RICO TELEPHONE CO.
P.O. BOX 71401
San Juan, PR   00936-8501


QUALITY BUSINESS, INC
AUTHORIZED DEALER OF XEROX
1142 F.D. ROOSEVELT AVE
San Juan, PR   00920

SAN PATRICIO HARDWARE, INC.
PO BOX 11998
CAPARRA HEIGHTS STATION
San Juan, PR  00922


SEARS, ROEBUCK DE PR, INC.
PO BOX 3670302
San Juan, PR  00936-7302


TEKSERVE POS
# 80 PO BOX 1575
Minneapolis, MN  55480


THE SIGN MAKER
AVENIDA BOULEVARD Y
CALLE CERVANTES AA-80 LEVITOWN
Toa Baja, PR  00949


TRES COMPUTER CONCEPTS, INC.
4108 PARK ROAD
SUITE 100
Charlotte, NC  28209


UNITED SYSTEMS & CONSULTING
PMB 616
PO BOX 29029
San Juan, PR  00929


WALTER QUINTERO
URB. BAIROA
CALLE 14 A  DC14
Caguas, PR  00725


XTRA COOL AIR CONDITIONING INC
402 CALLE ENSENADA
URB. CAPARRA HEIGHTS
San Juan, PR  00922-3510


ZANETTI
11800 W. OLYMPIC BLVD
Los Angeles, CA  90064