TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

MINUTES OF MEETING OF CREDITORS

CASE NAME : Blanco Velez Stores, Inc.   CASE NUMBER : 11-03169

CHAPTER : 11

JUDGE : SEK

DATE OF MEETING: 5/23/11   TIME OF MEETING: 9:00 a.m.

TRACK NUMBER : 001

METER READING
START : 0:00 (hr:min)
END : 2:05 (hr:min)

1) DEBTOR: thru Elias Blanco Olgella, Vice-Pres & Secretary
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (X) PRESENT
   ( ) NOT PRESENT

3) CREDITORS:
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: ____
   (X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   (X) HAS BEEN APPOINTED
   ( ) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
    (X) HAVE BEEN FILED 2008 + 2009
    (X) HAVE NOT BEEN FILED 2010

12) FINANCIAL STATEMENT(s) LAST TWO YEARS:
    (X) HAVE BEEN FILED thru Sep 2009 + Sep 21
    ( ) HAVE NOT BEEN FILED

13) RENT ROLL:
    ( ) HAS BEEN FILED
    (X) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) MEETING:
    (X) CLOSED
    ( ) CONTINUED TO:
        DATE: ____
        TIME: ____

16) **COMMENTS:**

I. Meeting held and Closed subject to amendments to *Schedule G*, and the clarification and/or production of information and documents to the United States Trustee, as follows:

**II. Amendments to the Schedule G:**

1. *Schedule G* - Add sub-lease contract with AT&T for installed antenna at Bayamon facilities. Possibility of need to amend once amount owed to PR Treasury Department is verified.

2. *Schedule G* - Add sublease contract with mini-warehouse company which rents space at debtor's Bayamon warehouse facilities.

**III. Documents to be produced to the United States Trustee:**

1. Evidence of closing pre-petition bank accounts.

**IV. Information to be clarified or produced:**

1. Clarify positions of officers of the corporation given conflicting information in several documents and testimony at meeting of creditors. The petition filed is signed by Mr. Elias Blanco Olalla as Treasurer. The *Statement of Financial Affairs*, Item 4, indicates that Mr. Blanco Olalla is Vice-President and Secretary. A document submitted to the UST indicates that Mr. Blanco Olalla is Secretary and Treasurer. Mr. Blanco Olalla testified that he is Vice-President and Secretary, but agreed to check corporate documents and confirm all officers' positions.

2. Inform if Suit World is a corporation or a trade name. The petition identifies Suit World as a trade name, but an insurance document submitted to the UST lists "Suit World, Inc." as an additional insured.

3. Inform the purchase price for the transaction that took place about 8 years ago by means of which Blanco Velez Stores, Inc. sold a real property in Rio Piedras and two properties in Bayamon to Inmobiliaria Blanco Olalla, Inc. As per testimony at the meeting of creditors, no monies were exchanged but Inmobiliaria Blanco Olalla, Inc. assumed the debts and obligations of Blanco Velez Stores, Inc.

Re Case No. 11-03169 (SEK) Blanco Velez Stores, Inc.
Minutes of Meeting of Creditors held on May 23, 2011
Page 2a

*[Electronically Filed]*

/s/ Nancy Pujals            5/23/11
PRESIDING OFFICER           DATE
Nancy Pujals
Trial Attorney
USDC-PR No. 201103
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

11-03169 SEK

- 3 -

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| James A. Toro | Majestique Corp. | P.O. Box 195068 SJ, PR 00919 | 787-273-7224 - cell 787-525-3425 - Chairman | |
| Daniel Molina | Caparra Center Assoc. LLC | PO Box 191732 Hato Rey 00919 | 787-753-7910 | 787-764-9980 |
| Ketzia M. Rosario | Luan + Centro del Sur Mall | PO Box 195382 SJ PR 00919-5382 | 787-294-4777 | |
| Nelson S. Colon | San Patricio Hand Wave / N/A | P.O. Box 11998 San Juan, PR 00922 | 787-793-1188 | 787-792-11.. |
| Enrique Cienfuegos | Fremont / Tier South Rd. | P.O. Box 13296 Sant. PR 00908 | 725-1400 | 725-1401 |
| Frank T. Torres | 270 Canals S. Juan | | 724-7 725-9549 | |
| Juan A. Acevedo | J.F. District (Men's Fashion) | | 268.1386 | |
| José Calderón | Royal Ind. Park Center, PR 00962 | | 782-3939 | |
| Carmen P. Figueroa | CRIM | PO Box 195387 San Juan PR 00919-5387 | tel: 787-625-2746 x2112 | fax: 787-625-4073 |